(104 So. 922)

Tasos KONEDARIS v. STATE. (7 Div. 62.) (Court of Appeals of Alabama. April 21, 1925.) Appeal from Circuit Court, Etowah County; Woodson J. Martin, Judge. J. D. Giles and W. J. Boykin, both of Gadsden, for appellant. Harwell G. Davis, Atty. Gen., for the State.

BRICKEN, P. J. Affirmed on authority of Gri Cusimano v. State (Ala. App.) 104 So. 920,[1] and Phillip Cusimano v. State (Ala. App.) 103 So. 241.[2] Affirmed.

---

(102 So. 922)

Grady LA GRONE v. CITY OF TUSCALOOSA. (6 Div. 540.) (Court of Appeals of Alabama. Nov. 27, 1924.) Appeal from Circuit Court, Tuscaloosa County; Fleetwood Rice, Judge. Violating speed ordinance and drunkenness.

PER CURIAM. Appeal dismissed for want of prosecution.

---

(103 So. 925)

A. S. LAMPKIN, alias, etc., v. STATE. (6 Div. 719.) (Court of Appeals of Alabama. April 21, 1925.) Appeal from Circuit Court, Jefferson County; George F. Smoot, Judge. Forgery, second degree.

RICE, J. Appeal dismissed on motion of appellant.

---

(104 So. 922)

A. S. LAMPKIN v. STATE. (6 Div. 654.) (Court of Appeals of Alabama. May 12, 1925.) Appeal from Circuit Court, Jefferson County; H. P. Heflin, Judge. Robbery.

RICE, J. Appeal dismissed.

---

(101 So. 924)

Arthur LANE v. STATE. (1 Div. 558.) (Court of Appeals of Alabama. Nov. 18, 1924.) Appeal from Circuit Court, Mobile County; Saffold Berney, Judge. Violating prohibition law.

SAMFORD, J. Affirmed.

---

(104 So. 922)

J. M. LANG, Adm'r, v. W. P. HALL. (8 Div. 276.) (Court of Appeals of Alabama. April 21, 1925.) Appeal from Circuit Court, Marshall County; W. W. Haralson, Judge.

RICE, J. Appeal dismissed for want of prosecution.

---

(100 So. 925)

Joe LAVENDER v. CITY OF TUSCALOOSA. (6 Div. 418.) (Court of Appeals of Alabama. May 13, 1924.) Appeal from Circuit Court, Tuscaloosa County; Fleetwood Rice, Judge. Violating city ordinance.

FOSTER, J. Appeal dismissed.

---

(100 So. 925)

Joe LAVENDER v. CITY OF TUSCALOOSA. (6 Div. 419.) (Court of Appeals of Alabama. May 13, 1924.) Appeal from Circuit

---

[1] Ante, p. 677.      [2] Ante, p. 502.

---

Court, Tuscaloosa County; Fleetwood Rice, Judge. Violating prohibition ordinance.

BRICKEN, P. J. Appeal dismissed.

---

(100 So. 925)

Joe LAVENDER v. CITY OF TUSCALOOSA. (6 Div. 420.) (Court of Appeals of Alabama. May 13, 1924.) Appeal from Circuit Court, Tuscaloosa County; Fleetwood Rice, Judge. Violating prohibition ordinance.

SAMFORD, J. Appeal dismissed.

---

(102 So. 922)

William LEE v. STATE. (1 Div. 594.) (Court of Appeals of Alabama. Jan. 20, 1925.) Appeal from Circuit Court, Monroe County; John D. Leigh, Judge. Manslaughter, first degree.

SAMFORD, J. There is no bill of exceptions in this record. There is a motion to quash the venire, on the ground that a correct list of the jurors drawn and summoned to try the case had not been served on defendant, but there is nothing in the record to support this motion. The return of the sheriff as to service appears regular, and nothing is shown to the contrary. There is no error in the record, and the judgment is affirmed. Affirmed.

---

(103 So. 925)

Simp LEE v. STATE. (8 Div. 237.) (Court of Appeals of Alabama. March 17, 1925.) Appeal from Circuit Court, Madison County; James E. Horton, Jr., Judge. Violating prohibition law.

SAMFORD, J. The question presented is one of fact, and there being evidence to support the court's finding, and there being no error in the record, the judgment is affirmed. Affirmed.

---

(100 So. 925)

Wed LE NIER, alias, etc., v. STATE. (6 Div. 393.) (Court of Appeals of Alabama. May 13, 1924.) Appeal from Circuit Court, Tuscaloosa County; Fleetwood Rice, Judge. Murder, second degree.

SAMFORD, J. Appeal dismissed.

---

(101 So. 924)

Isabella LEWIS v. STATE. (2 Div. 318.) (Court of Appeals of Alabama. Nov. 5, 1924.) Appeal from Circuit Court, Marengo County; John McKinley, Judge. Assault with intent to murder.

BRICKEN, P. J. Appeal dismissed.

---

(100 So. 925)

K. D. LIKIS v. CITY OF BIRMINGHAM. (6 Div. 454.) (Court of Appeals of Alabama. May 13, 1924.) Appeal from Circuit Court, Jefferson County; Roger Snyder, Judge. Disorderly conduct.

SAMFORD, J. Affirmed.

---

(102 So. 923)

LIME COLA BOTTLING CO. v. LOUISVILLE & N. R. CO. (6 Div. 452.) (Court